**SCOTTSDALE INSURANCE COMPANY, Plaintiff–Counter Defendant–Appellee,**

v.

**ALABAMA MUNICIPAL INSURANCE CORPORATION, Defendant–Counter Plaintiff–Appellant.**

No. 13–15438.

United States Court of Appeals, Eleventh Circuit.

Nov. 24, 2014.

David Whittington McDowell, Stephen K. Pudner, Baker Donelson Berman Caldwell & Berkowitz, P.C., Birmingham, AL, FOR Plaintiff–Counter Defendant–Appellee.

Scott M. Speagle, Kayla Wallace Frisby, Webster, Henry, Lyons, Bradwell, Cohan & Black, P.C., Montgomery, AL, for Defendant–Counter Plaintiff–Appellant.

Before HULL and MARCUS, Circuit Judges, and TOTENBERG,\* District Judge.

PER CURIAM:

In this declaratory judgment action, defendant Alabama Municipal Insurance

---

argument calendar by unanimous agreement of the panel under 11th Cir. R. 34–3(f).

\* Honorable Amy Totenberg, United States District Judge for the Northern District of Georgia, sitting by designation.

Corporation ("AMIC") appeals from the district court's grant of summary judgment to plaintiff Scottsdale Insurance Company in the amount of $1,212,714.73, which included the judgment, costs, interest, and attorneys' fees in the district court. Defendant AMIC also appeals the district court's judgment in favor of Scottsdale on AMIC's counterclaim for breach of Scottsdale's enhanced duty of good faith. After careful review of the record and briefs, and with the benefit of the oral argument, we find no reversible error and affirm the district court's judgment. This Court also remands the case to the district court for the district court to determine both entitlement and the amount of attorney's fees for plaintiff Scottsdale regarding this appeal.

**AFFIRMED and REMANDED.**